USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ___________________ No. 94-1541 AZUBUKO CHUKWU, Plaintiff, Appellant, v. RUPERT MURDOCH & NEW AMERICA CORP., Defendants, Appellees. __________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Patti B. Saris, U.S. District Judge] ___________________ ___________________ Before Torruella, Chief Judge, ___________ Selya and Cyr, Circuit Judges. ______________ ___________________ Chukwu. E. Azubuko on brief pro se. __________________ Brenda M. Cotter, M. Robert Dushman and Brown, Rudnick, _________________ ___________________ ________________ Freed & Gesmer, P.C. on brief for appellees. ____________________ __________________ __________________ Per Curiam. The judgment of the district court is __________ affirmed for the reasons stated in the district court's May 6, 1994 order granting defendants' motion to dismiss. -2-